JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES ARTHUR ORTEGA, | No.  CV 21-09659 PA (MAAx) |
| Plaintiff, | JUDGMENT |
| v. | |
| ZONES, INC., ZONES, LLC, ULTIPRO, INC., ULTIPRO, THE ULTIMATE SOFTWARE GROUP INC., UKG INC., ROSE CAPISTRAN, NATE MCCHESNEY, NATHAN REMALY, and DOES 1-10, | |
| Defendants. | |

In accordance with the Court's August 15, 2022, Minute Order granting the Motion for Summary Judgment filed by defendants ROSE CAPISTRAN AND ZONES, LLC ("Defendants"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is granted in favor of Defendants on all of Plaintiff's claims; and

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendants shall recover their costs of suit.

DATED: August 15, 2022

_____
Percy Anderson
United States District Judge